Order entered February 20, 2014



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00267-CR
No. 05-13-00268-CR
No. 05-13-00269-CR

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-18864-U, F12-40687-U, F12-41706-U**

## ORDER

The Court **REINSTATES** these appeals.

On January 17, 2014, we ordered the trial court to make findings regarding whether the record in these appeals are complete. We **ADOPT** the trial court's findings that: (1) in cause no. 05-13-00267-CR, no hearings were conducted on November 2, 2005, as Bridget Barnhill, official court reporter of the 291st Judicial District Court, searched her log books and found no entries of either a hearing or a substitute court reporter for that date; and (2) in cause no. 05-13-00267-CR, no hearings were conducted on January 19, 2006, as Bridget Barnhill, official court reporter of the 291st Judicial District Court, searched her log books and found no entries of either a hearing or a substitute court reporter for that date.

The Court **DENIES** as moot appellant's August 5, 2013 motion to extend time to file his brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.


/s/    LANA MYERS
         JUSTICE